UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NINE LINE APPAREL, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-23-CV-997-FB (HJB) |
| | § | |
| JANAE ELAINE SERGIO, | § | |
| | § | |
| Defendant. | § | |

**ORDER SETTING**
**VIDEO STATUS CONFERENCE**

Before the Court is the status of the above case. Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 17.) It is hereby **ORDERED** that a Status Conference will be held in this case on **October 3, 2024**, at **1:30 P.M.** The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join the ZOOMGOV meeting using the following credentials:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. If experiencing any technical difficulties, counsel should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on September 26, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge