IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NINE LINE APPAREL, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-23-CV-0997-FB |
| § | |
| JANAE ELAINE SERGIO, § | |
| § | |
| Defendant. § | |

**J U D G M E N T**

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge filed on July 24, 2025 (docket #45), is ACCEPTED such that Defendant Janae Sergio's Motion for Summary Judgment (docket #40) is GRANTED on all of Plaintiff's claims and the alternative Motion to Dismiss Pursuant to FED. R. CIV. P.41(b) is DENIED AS MOOT.

IT IS FURTHER ORDERED that motions pending, if any, are **DISMISSED**, and this case is **CLOSED**.

It is so ORDERED.

SIGNED this 22nd day of August, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE